# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Nels Theodore Wohlstrom
    *Plaintiff*
    v.         Civil Action No. 0:12-2338-MBS

George Wilmore; Eddie Broome; Eddie Moore;
Sheriff Bruce M. Bryant
    *Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing of the defendants and this action is dismissed without prejudice and without service of process.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge presiding. The Court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett to dismiss.


Date: October 30, 2012        *CLERK OF COURT*

                     s/Angie Snipes
                     *Signature of Clerk or Deputy Clerk*